No. 86–6474. ROBINSON, BY HIS MOTHER AND NEXT FRIEND, ROBINSON v. UNITED STATES. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1456. PYZER, EXECUTRIX OF THE ESTATE OF PYZER v. PERRY ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 86–1478. WHITE PLAINS AUTOMOTIVE SUPPLY CO., INC., ET AL. v. CITY OF PEEKSKILL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 86–1586. BOMHARDT v. MARYLAND. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.

No. 86–344. OHIO ET AL. v. FLEET AEROSPACE CORP. ET AL. Appeal from C. A. 6th Cir. Motion of North American Securities Administrators Association, Inc., for leave to file a brief as *amicus curiae* granted. Judgment vacated and case remanded for further consideration in light of *CTS Corp.* v. *Dynamics Corporation of America, ante,* p. 69.

No. 85–6430. SANDERS v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Cruz* v. *New York, ante,* p. 186.